THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3052 |
| | ) | |
| vs. | ) | ORDER TO DISMISS |
| | ) | |
| JORGE MEZA CERRATO, | ) | |
| a/k/a EL GORDO, | ) | |
| a/k/a ALI, | ) | |
| a/k/a ADALL, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the Plaintiff's Motion to Dismiss Indictment, Filing No. 6, the court finds that said motion should be granted. Accordingly,

IT IS ORDERED that Plaintiff's motion is granted. The Indictment against the Defendant in the above matter is dismissed.

DATED this 15th day of January, 2010.

BY THE COURT:

s/ Richard G. Kopf
_____
RICHARD G. KOPF
United States District Judge